FRANK MARTIN, PLAINTIFF-PETITIONER, v. BENGUE, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 44 *N. J. Super.* 429.

*Messrs. Stern & Fine* for the petitioner.

*Messrs. Carpenter, Bennett, Beggans & Morrissey, Mr. Milton A. Dauber, Messrs. Milton, McNulty & Augelli, Mr. Joseph Keane* and *Mr. John B. O'Neill* for the respondents.

June 10, 1957.   Granted.